UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------- X
MORNINGSTAR RESIDENTIAL CARE CENTER,

              *Plaintiff*,

      v.

UNIVERSAL AMERICAN SPIN CORP. d/b/a
AMERICAN PROGRESSIVE LIFE & HEALTH
INSURANCE COMPANY OF NEW YORK, agent of
TODAY'S OPTIONS,

              *Defendant*.

---------------------------------------- X

Civil Action No. 5:17-cv-00119 (FJS/TWD)

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties, by their respective attorneys, hereby stipulate to the dismissal, without prejudice, of all claims against Defendant in the above-captioned matter. Each party will be responsible for its own costs and fees associated with this matter and interest shall not attach.

Respectfully submitted,

| | |
|---|---|
| Sb2, Inc. | GREENBERG TRAURIG, LLP |
| By: /s/ Katie Z. Van Lake | By: /s/ Stephen Buhr |
| Katie Z. Van Lake, Esq. | Stephen Buhr |
| *(admitted pro hac vice)* | 54 State Street, 6th Floor |
| 1426 North 3rd Street, Suite 200 | Albany, NY 12207 |
| Harrisburg, PA 17110 | Tel.: (518) 689-1400 |
| Tel.: (516) 509-1289 | Email: buhrs@gtlaw.com |
| Email: kvanlake@sb2inc.com | |
| *Attorney for Plaintiff* | *Attorney for Universal American* |

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: August 18, 2017
       Syracuse, NY